

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| CYNTHIA BASS,<br>      Appellant | CIVIL ACTION<br>NO. 2:13-CV-01166 |
| VERSUS | |
| U.S. COMMISSIONER OF<br>SOCIAL SECURITY,<br>      Appellee | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED and Bass' appeal is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 25th day of September, 2014.

                                                      JAMES T. TRIMBLE, JR.
                                                      UNITED STATES DISTRICT JUDGE